**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNLEASHED DOGGIE DAY CARE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>PETCO ANIMAL SUPPLIES STORES, INC.,<br><br>Defendant. | C.A. No. 1:10-CV-10742-DJC |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56(c), Defendant Petco Animal Supplies Stores, Inc. ("Petco"), through its attorneys, hereby moves for summary judgment on all counts of the Amended Complaint. The Plaintiff has, as a matter of law, failed to prove that Petco has violated Section 43 of the Lanham Act, 15 U.S.C. § 1125(a), or Mass. General Laws ch. 93A. Specifically, as illustrated by the record of undisputed material facts, the Plaintiff has failed to offer evidence sufficient to show that UDDC's asserted mark is entitled to protection and has likewise failed to offer sufficient evidence of a likelihood of confusion.

For these reasons, and those set forth in the accompanying memorandum of law, Petco respectfully requests that its motion for summary judgment be granted and that the Plaintiff's claims in its Amended Complaint be dismissed with prejudice.

BOS 885112.1

**REQUEST FOR HEARING**

Petco respectfully requests to be heard during oral argument in this matter, which is scheduled for December 1, 2011.

**LOCAL RULE 7.1 CERTIFICATION**

Under Local Rule 7.1(a)(2), counsel for Petco certifies that it has conferred with Plaintiff's counsel and has attempted in good faith to resolve the issues presented in this Motion, but was unable to do so.

PETCO ANIMAL SUPPLIES STORES, INC.
By its attorneys,

/s/ Elizabeth A. Spinney
Elizabeth A. Spinney (BBO #657848)
Steven M. Cowley (BBO #554534)
Deborah Higashi Dodge (BBO #672838)
EDWARDS WILDMAN PALMER LLP
111 Huntington Avenue
Boston, MA  02199-7613
Tel. 617.239.0100
Fax 617.227.4420
espinney@edwardswildman.com
scowley@edwardswildman.com
ddodge@edwardswildman.com

Dated October 21, 2011

**CERTIFICATE OF SERVICE**

I, Elizabeth A. Spinney, hereby certify that on October 21, 2011 this document was electronically filed using the Court's ECF system, and that a copy was thereby transmitted to Plaintiff's counsel.

/s/ Elizabeth A. Spinney
Elizabeth A. Spinney