UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Unleashed Doggie Day Care, LLC | Docket No: 1:10-CV-10742 DJC |
| v. | |
| PETCO Animal Supplies Stores, Inc. | Reply to Statement of Facts Pursuant to Rule 56.1 |

    5. When Petco evaluated the availability of potential marks before selecting a brand for its store now colored "Unleashed by Petco", it had actual knowledge that plaintiff Unleashed Doggie Daycare, LLC had been doing business under that name since at least 2006.  Blumgart Affidavit.  Exhibit 1.

    7. Petco states that Plaintiff offers "a few" retail items."  In paragraph 14, Petco states that plaintiff offers 406 different products.  This internal inconsistency in Petco's filing is just one example of the facts that are in dispute.

    13. Petco states that Plaintiff had 669 distinct identifiable customers since 2005.  Petco further "660 of 669 of Plaintiff's retail customers between 2000 and 2010 were existing clients."  Every one of those clients was a first time client sometime between 2002 and 2010.  Plaintiff acknowledges that Plaintiff's customers are fiercely loyal because of the excellent quality of the goods and services offered by plaintiff.  Of 669 distinctly identified customers, 660 of 669, more than 98% are repeat, loyal customers. (Randolph Declaration Par. 16.)

    22.  Petco's characterization of Unleashed's advertising omits several facts set forth in the accompanying Blumgart Affidavit:

        1. When UNLEASHED Doggie Day Care was launched at Trask Street, I changed the name of the shop on Wallis Street Beverly to UNLEASHED-The Shop.  Brochures were printed and a sign was placed in front of the store.  These

Brochures and the sign prominently featured the UNLEASHED mark. I obtained a Business Certificate from the City of Beverly for UNLEASHED – The Shop on 12/31/03. A copy of the Business Certificate is attached as Exhibit 2. A Brochure for UNLEASHED The Shop is attached as Exhibit 3. A photograph of the sign from the front of the store is attached as Exhibit 4.

2. At the Wallis Street UNLEASHED Shop, various products for dogs were sold including: dog food, leashes and collars, bowls, toys, treats, and other accessories. Services for dogs were provided at the Wallis Street location including grooming.

3. UNLEASHED also published a brochure for the Doggie Daycare/pet sitting service. A copy of the brochure is attached as Exhibit 5.

4. On June 5, 2005, UNLEASHED the Shop moved to 14 Elliot Street in Beverly. At the shop on Elliot Street, UNLEASHED The Shop sold a similar mix of products for dogs and their owners and provided grooming, pet sitting for dogs smaller than 25 pounds and dog training.

5. The UNLEASHED The Shop sign of Exhibit 6 was prominently displayed at the Elliot Street location. The Elliot Street location had limited off street parking. The parking spots for UNLEASHED The Shop were identified with a sign, "Reserved for Customers of UNLEASHED The Shop." A copy of a photograph of the sign is attached as Exhibit 7.

6. The change of address for UNLEASHED The Shop was announced with a mailing of 25,000 postcards to dog owners in the surrounding communities. A copy of the Approval Form to Go to Print from Pure Post Cards including the sample cards is attached as Exhibit 8.

7. In May 2006, Community Newspaper Company readers selected UNLEASHED the Shop for an Honorable Mention in its Annual Readers Choice Awards. A copy of the letter from Community Newspaper Company, and the advertisement indicating the award are attached as Exhibit 9.

8. A copy of the signs displayed at UNLEASHED The Shop at 12 Lothrop St. are attached as Exhibit 10.

9. The UNLEASHED mark is displayed on apparel worn by employees at the daycare facility and at UNLEASHED The Shop. A copy of photographs showing the apparel displaying the mark are attached as Exhibit 11.

10. The UNLEASHED mark is displayed on bags used at UNLEASHED The Shop. The bags displaying the mark are shown in Exhibit 12.

11. The UNLEASHED mark is displayed on merchandise sold at UNLEASHED The Shop including apparel and UNLEASHED Ultimate Cookies. Merchandise displaying the mark is shown in Exhibit 13.

12. Unleashed Doggie Day Care, LLC publishes a web page at www.unleasheddoggiedaycare.com and has Facebook® fanpages at unleasheddoggiedaycare, and unleashed—the shop. These pages receive hundreds of hits each month.

13. UNLEASHED has received many letters from its customers commending its service. Copies of these letters, with the identifying information redacted are attached as Exhibit 14.

14. Unleashed published "UNLEASHED TIMES" a news letter to its clients on an irregular basis. Copies of the news letter were mailed to all daycare/petsitting

clients and available at the shop.  A copy of three issues are attached as Exhibit 15.

31.  On June 3, 2003, Oliver Blumgart applied under the name of Oliver Blumgart d/b/a Unleashed to register the trademark UNLEASHED.

38.  Petco states, that "UDDC even falsely represented, "Unleashed™" is a registered trademark of Unleashed™ Doggie Day Care, LLC."  This was not an intentional falsehood, but an error, out of ignorance, as Mr. Blumgart testified.

40, and 41.  Petco likes Plaintiff's counsel's acknowledgement that Unleashed is descriptive for dog care services that it mentions it twice.  While those words did come out of Plaintiff's counsel's mouth.  The evidence plainly shows that Unleashed has become distinctive for pet goods and services, at least in Essex county, Massachusetts.  Blumgart Affidavit, Schofield Affidavit in support of motion for preliminary injunction.  ECF 22.

42.  Plaintiff's employees have been uniformly trained to answer the phone, dozens to hundreds of times per day, "Unleashed.  This is _____."  Plaintiff has uniformly used this greeting since at least 2002.  Blumgart Affidavit.

44.  Unleashed is offering now additional evidence of actual confusion.  Filed with this opposition are Affidavits by:  Susan N. Nardone, Jennifer McGrath, Mary N. Peart, Patricia Ratner McWeeney, Mary Alice Maloney, Lori Lutton, Laura Dyer, Kay MacDonald, Jill Twoomey, Gayl Vyn, Sasha Durand, Barbara Deeley, Carol A. Cyr, Patricia Colhoun, Sean Bracken, Laura Bates, Joanne Ersing, Maria Atherton and Alexandra Jackson.

Dated:  November 18, 2011				UNLEASHED DOGGIE DAY CARE, LLC
						By its attorney:

/s/ Robert E. Rigby, Jr.
Robert E. Rigby, Jr.
BBO 556,824
39 Dodge Street
Beverly, MA 01915
(978) 578-5654

CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2011, this document filed through the ECF system sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ Robert E. Rigby, Jr.