UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

Unleashed Doggie Day Care, LLC            Docket No: 1:10-CV-10742 DJC

    v.

PETCO Animal Supplies Stores, Inc.

Affidavit of Joanne Ersing

Joanne Ersing deposes and states:

1. I am Joanne Ersing.  I reside a 299 Essex St Beverly, MA.  I make this affidavit based upon my personal knowledge.

    We have owned a dog for 15 years.  At times we have owned as many as 3 dogs, usually just 2.  Our dogs are ages 6 and 8, a Lab and Cockerpoo.  Our Lab has been coming to Oliver's Unleashed for nearly 4 years, based on a friend's recommendation.  They have been bringing their Lab for 6 years!  Our cockerpoo does not attend Unleashed, given that her need for exercise is not as demanding as our Lab's.

    Oliver's Unleashed has been very communicative in terms of expectations and changes in policies. He is very flexible and accommodating when our needs change due to travel plans or family matters. We have not used Unleashed goods and services beyond daycare 2x weekly as we have not needed additional services.  We are very pleased with the quality of services Unleashed by Oliver provides our dog. We have recommended these services to countless other dog owner friends of ours.

2. We first learned of Unleashed by Petco in a newspaper advertisement during its grand opening. We were surprised and confused, as Oliver had not mentioned anything about such an endeavor. Particularly surprising, given the level of communication we were accustomed to with Oliver. We decided to stop by Unleashed by Petco in the N. Beverly plaza to congratulate Oliver, however, he was not there, nor did the employees know "anything about Oliver."

3. We thought, "great, now we can get our dog food more conveniently than traveling to Danvers to Petco to purchase our dogs' food. However, I was not happy to learn that the Unleashed did not carry the brand of dog food we used and instead we were directed by the store to "go to the Danvers PETCO."

4. Sworn to under the pains and penalties of perjury.

   Dated this 16th day of November, 2011.    /s/Joanne Ersing

CERTIFICATE OF SERVICE
I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on November 18, 2011.
/s/Robert E. Rigby, Jr.
Robert E. Rigby, Jr.

Confidential Subject to Protective Order