UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNLEASHED DOGGIE DAY CARE, LLC**
     Plaintiff(s)

        v.                                         CIVIL ACTION NO. **10-10742-DJC**

**PETCO ANIMAL SUPPLIES STORES, INC.**
     Defendant(s)

## JUDGMENT IN A CIVIL CASE

CASPER, D.J.

☐   **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X   **Decision by the Court**.  In accordance with the Memorandum and Order dated December 28, 2011 granting defendant's motion for summary judgment;

**IT IS  ORDERED AND ADJUDGED**

Judgment for the defendant Petco Animal Supplies Stores, Inc.


                                                Sarah A. Thornton, Clerk

Dated:  Dec. 28, 2011                                  /s/ Lisa M. Hourihan
                                                                        ( By )  Deputy Clerk

NOTE:  The post judgment interest rate effective this date is ____%.

(judgciv.frm - 10/96)                                                                                      [jgm.]